James F. Kahn - 003063
**JAMES F. KAHN, P.C.**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
James.Kahn@azbar.org
Attorney for Debtor/Debtor-in-Possession

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In Re:<br><br>CA-TEL TELECOMMUNICATIONS, INC.,<br><br>          Debtor/Debtor-in-Possession. | In Proceedings under Chapter 11<br><br>Case No. 2:08-bk-01089 RTB |

**EMERGENCY MOTION TO ACCELERATE SALE OF SUBSTANTIALLY
ALL OF DEBTOR'S ASSETS ON AN INTERIM BASIS, TO SET
NOTICE OF HEARING AND NOTICE REQUIREMENT**

CA-TEL Telecommunications, Inc., Debtor and Debtor-in-possession, through the Law Offices of James F. Kahn, P.C., moves this Court, on an emergency basis, to accelerate DEBTORS MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS (the "Sale Motion") filed on or about December 21, 2009, at docket 487. The Motion is presently set to be heard on February 2, 2010. Debtor requests an emergency hearing early in the week of January 11, 2010, in order to prevent irreparable harm.

Debtor is no longer able to maintain insurance on the assets, a very substantial portion of which is vehicles. Necessarily, Debtor has parked its vehicles and temporarily suspended operations. The asset purchase offers incorporated in the Sale Motion have been made by companies affiliated with Don Hawley, who is also the President of Debtor. The purchasers

pursuant to the offers are able to procure the necessary insurance to protect the assets and resume operations pursuant to the contracts for construction services, which will also prevent claims against the Debtor for additional damages for breaches of contract.

However, the offers were made with the anticipation and expectation that the operations of CA-TEL would not "go dark." The suspension of operations severely impairs the value of the purchase contracts and the prospects for a successful reorganization pursuant to the Plan of Reorganization which is presently pending with the Court.

Debtor proposes to proceed with the sales of assets as set forth in the Sale Motion and requests the immediate entry of an Interim Order approving the sale while, at the same time, reserving the right to any objecting parties to be heard at an appropriate time, in opposition to the sale. The Interim Order requested will order that, until the Order becomes final, the purchasers shall not divest themselves of any interest in the assets nor impair or encumber the assets in any way; that the assets shall be insured up to their full cash value and that the policy or policies shall name the Debtor as an additional insured. All or most of the vehicles are financed or leased. The secured creditors and lessors will also be named as additional insureds. Purchasers will also include the Office of United States Trustee as a "certificate holder," until such time as the Order authorizing sale becomes final.

Debtor represents to the Court that an inability to fulfill contractual obligations pursuant to existing contracts will result in substantial defaults and effectively destroy the value of the business. In that event, the purchasers will be unable to consummate the purchase agreements and fulfill the commitments therein. These events will cause irreparable harm to the Debtor and destroy prospects for recovery for many of the creditors and parties in interest.

Debtor further represents to the Court that the proposed interim sale will not impair the rights of any creditors of CA-TEL Telecommunications, Inc., and will preserve what Debtor

believes is the Debtor's last opportunity to reorganize and to provide benefit to its many creditors.

WHEREFORE, Debtor prays for Orders of the Court:

1. Setting an emergency hearing early in the week of January 11, 2010; and

2. Setting an abbreviated requirement for notice to creditors; and

3. Authorizing e-mail, fax or telephonic notice to the United States Trustee, the members of the Creditors' Committee, and the parties who have already filed Objections to the proposed sale; and

4. Granting Debtor's Sale Motion on an interim basis, subject to the terms and conditions as set forth herein, or such other terms and conditions and as may appear appropriate to the Court.

RESPECTFULLY SUBMITTED this 8th day of January, 2010.

JAMES F. KAHN, P.C.

/s/James F. Kahn, SBN 003063
James F. Kahn
Attorney for Debtor/Debtor-in-Possession

A copy of the foregoing was e-mailed/mailed
this 8th day of January, 2010, to:

Elizabeth Amorosi, Esq.
United States Trustee
230 N. First Avenue
Phoenix, AZ 85012

Denise A. Faulk, Esq.
Arizona Attorney General's Office
1275 West Washington
Phoenix, AZ 85007

German Yusufov
Pima County Attorney
32 North Stone, Ste 2100
Tucson, Arizona 85701

/s/ Krystal M. Ahart
Krystal M. Ahart