James F. Kahn - 003063
**JAMES F. KAHN, P.C.**
301 E. Bethany Home Rd., Suite C-195
Phoenix, AZ 85012-1266
Phone: 602-266-1717
Fax: 602-266-2484
James.Kahn@azbar.org

Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>CA-TEL TELECOMMUNICATIONS, INC.,<br>Debtors. | In Proceedings Under Chapter 7<br><br>Case No. 2:08-01089 EWH |

**MOTION TO CONVERT TO CHAPTER 7
AND
NOTICE OF WITHDRAWAL OF MOTION TO SELL ASSETS**

Ca-tel Telecommunications, Inc., Debtor and Debtor-in-Possession, through the law offices of James F. Kahn P.C. respectfully moves this Court for immediate conversion of this case from Chapter 11 to Chapter 7 pursuant to 11 U.S.C. §1112(a).

In support of this Motion, Debtor represents that it is Debtor-in-possession, the case was not originally commenced as an involuntary case and the case was not converted to Chapter 11 other than on Debtor's request. Debtor has determined there is no reasonable likelihood of rehabilitation or reorganization.

Debtor filed a Motion for Authority to Sell Property Free and Clear of Liens, Claims and Interests (Dkt 487). Sale of the property is now moot. Accordingly, Debtor withdraws the Motion.

WHEREFORE, CA-TEL Telecommunications, Inc., prays for an order of the Court

converting the case to Chapter 7 and approving the withdrawal of its Motion to Sell Assets.

  RESPECTFULLY SUBMITTED this 18th day of January, 2010.

            JAMES F. KAHN, P.C.
            /s/James F. Kahn, SBN 003063
            James F. Kahn
            Attorney for Debtor

A copy of the foregoing was faxed/
e-mailed this 18th day of January, 2010, to:

all parties on the Court's electronic mailing list

Elizabeth Amorosi, Esq.
United States Trustee's Office
Fax 602-514-7270

Denise A. Faulk, Esq.
Arizona Attorney General's Office
denise.faulk@azag.gov

German Yusufov, Esq.
Pima County Attorney
pimacounty.attorney@pcao.pima.gov

Todd M. Adkins, Esq.
tadkins@jsslaw.com
Attorney for Perfect Directional Wiring

Madeleine Wanslee, Esq.
mwanslee@gustlaw.com
Attorney for Maricopa County Treasury
  and Phoenix Development and Revitalization, II, LLC

Joseph D. Dorsey, Esq.
jdd@tblaw.com
Attorney for Qwest

David N. Ingrassia, Esq.
david@ingrassialaw.phxcoxmail.com
Attorney for CitiCapital and Hitachi

Mary K. Farrington-Lorch, Esq.
mary.farrington-lorch@azbar.org
Attorney for Susquehanna Commercial Finance

/s/Christina E. Anglin
Christina E. Anglin